**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK

_____x
In Re:                                    Chapter 11

Gilbert Gehler and Renee Gehler            Index No. 09-22265

_____x

## Order

Upon the Motion to Extend the Stay by the debtor dated March 30, 2009, and there being no opposition thereto and after a hearing on April 20, 2009.

   **IT IS HEREBY ORDERED**

   The motion is granted;

                                       **SO ORDERED**

Dated: April 23, 2009
      White Plains, NY              /s/ Adlai S. Hardin, Jr.
                                          Hon. Adlai S. Hardin, Jr.
                                          U.S. Bankruptcy Judge