UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In RE:

Gilbert Gehler and Renee Gehler

Debtor

Case No.: 09-22265

Chapter 7

NOTICE OF SETTLEMENT

---

     PLEASE TAKE NOTICE, that the annexed proposed Order will be presented for settlement to the Hon. Robert D. Drain at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601 on November 12, 2009 at 10:00 a.m.

DATED:    Rochester, New York
              November 4, 2009

Very truly yours,

/s/ Anne E. Miller-Hulbert
Anne E. Miller-Hulbert
Shapiro, DiCaro & Barak, LLP
Attorneys for Movant
250 Mile Crossing Boulevard
Suite One
Rochester, NY 14624
(585) 247-9000

TO:   Debtor
      Gilbert Gehler
      10 Sutton Road
      Monsey, NY 10977

      Renee Gehler
      10 Sutton Road
      Monsey, NY 10977

Trustee
Mark S. Tulis
Oxman Tulis Kirkpatrick Whyatt & Geiger
120 Bloomingdale Rd
White Plains, NY 10605

Attorney for Debtor
Joshua N. Bleichman
268 Route 49
Spring Valley, NY 10977

U.S. Trustee
33 Whitehall Street 21st Floor
New York, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE

    GILBERT GEHLER
    RENEE GEHLER

    DEBTORS

CHAPTER 7

CASE NO. 09-22265

JUDGE: Robert D. Drain

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                                 )ss:
COUNTY OF MONROE    )

I, Shannon Thompson, being sworn, says, I am not a party to this action; I am over 18 years of age, I reside in Rochester, New York.

On November 4, 2009 I served the within Notice of Settlement and Order Granting Relief From the Automatic Stay upon:

TO:    Debtors
        Gilbert Gehler
        10 Sutton Road
        Monsey, NY 10977

        Renee Gehler
        10 Sutton Road
        Monsey, NY 10977

        Attorney for Debtor
        Joshua N. Bleichman
        268 Route 49
        Spring Valley, NY 10977

        Trustee
        Mark S. Tulis
        Oxman Tulis Kirkpatrick Whyatt & Geiger
        120 Bloomingdale Rd
        White Plains, NY 10605

U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

the addresses designated by the foregoing individuals for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depositary under the exclusive care and custody of the United States Postal Service within the State of New York.

---
Shannon Thompson
Legal Assistant

Sworn to before me this

4th day of November, 2009,

---
Notary Public
Anne E. Hulbert
Qualified in Monroe County
Commissions Expires May 31, 2010